UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE AND JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE J. TENET, Individually and as Director of Central Intelligence and Director of the Central Intelligence Agency, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. C99-1597RSL<br><br>ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS |

In light of the Supreme Court's ruling in <u>Tenet v. Doe</u>, 544 U.S. 1 (2005), the Court GRANTS defendants' motions to dismiss (Dkt. ##4, 29).  The Clerk of the Court is directed to enter judgment in favor of defendants and against plaintiffs.

DATED this 25th day of July, 2006.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTIONS TO DISMISS